UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBBY LEE MAULE, | ) | 1:11-CV-00486 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING RESPONDENT TO |
| | ) | COMPLETE AND RETURN |
| v. | ) | CONSENT/DECLINE FORM |
| | ) | |
| | ) | [Docs. #6, 8] |
| M. D. BITER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

  Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  He has consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c).

  On May 3, 2011, the Court issued a scheduling order which, among other things, directed Respondent to file a consent/decline form within thirty (30) days.  Over thirty (30) days have passed, and Respondent has not complied.

  Accordingly, Respondent is ORDERED to file a consent/decline form within fifteen (15) days of the date of service of this Order.  Failure to comply with this Order may result in sanctions pursuant to Local Rule 110 and Rule 11 of the Federal Rules of Civil Procedure.

  IT IS SO ORDERED.

  Dated:   September 22, 2011                                  /s/ Gary S. Austin
                                                        UNITED STATES MAGISTRATE JUDGE